# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HUA JUN ZHAO,

        Defendant.

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 13-CR-58

I, Hua Jun Zhao, the above named defendant, who is accused of obtaining without authorization information worth more than $5,000 from a protected computer, in violation of Title 18, U.S.C. § 1030(a)(2)(C) and (c)(2)(B)(iii), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on July 10, 2013, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                                Hua Jun Zhao, *Defendant*

                                                Michelle L. Jacobs, *Counsel for Defendant*

Before _____
The Honorable Charles N. Clevert, Jr., *United States District Court Judge*